An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOE NATHAN SCOTT, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66106

**FILED**

AUG 20 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

The notice of appeal was untimely filed. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-27493

cc: Hon. Lidia Stiglich, District Judge
Joe Nathan Scott, Jr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk